# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAWN ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 04-2413-KHV |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now on this date, the above-matter comes before the Court on the Parties' Stipulation for Dismissal (Doc. #147) pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The Court hereby dismisses this case with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: August 8, 2006

>   s/ Kathryn H. Vratil
>   Honorable Kathryn H. Vratil
>   United States District Judge

1936254.1